UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELINA CALCANO,

                       Plaintiff,

-v-

SWAGS GALORE, INC.,

                       Defendant.

20-CV-8184 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This action was filed in this Court on October 1, 2020. (Dkt. No. 1.) The docket does not indicate that Plaintiff has served Defendant. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

    Plaintiff is directed to advise the Court in writing why she has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made. If no written communication is received by January 22, 2021, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

    SO ORDERED.

Dated: January 12, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge